IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DIONNE SMITH,<br><br>    Defendant. | Case No. |

### GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the complaint, supporting affidavit, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest the defendant in this case.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

**ALLOWED David H. Hennessy U.S.M.J.**

**Mar 17, 2015**

                 Respectfully submitted,

                 CARMEN M. ORTIZ
                 United States Attorney

                 By: */s/Stephen P. Heymann*
                 Stephen P. Heymann
                 Assistant U.S. Attorney
                 Bar Number: 558486
                 617-748-3100
                 stephen.heymann@usdoj.gov

Date: March 17, 2015