IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DIONNE SMITH,<br><br>           Defendant. | Case No. 15CR10285 |

GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the Indictment, this motion and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the government's ability to arrest the defendant in this case.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents which the United States Attorney has filed in the above-styled matter.

*Sept 24, 2015*
*Motion Allowed*
*Daniel H. Hennessy*
*USMJ*

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
Stephen P. Heymann
Assistant U.S. Attorney
Bar Number: 558486
617-748-3100
stephen.heymann@usdoj.gov

Date: September 24, 2015