IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Criminal No. 15 CR 10285 (IT) |
| DIONNE SMITH, | |
| Defendant. | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on January 8, 2016, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Stephen P. Heymann
STEPHEN P. HEYMANN
Assistant U.S. Attorney

Date: January 8, 2016