CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CRIMINAL DOCKET FOR CASE #: 1:16−mj−00022−LTW All Defendants

Case title: USA v. Smith  
Other court case number: 15−mj−4105−DHH − USDC, District of Massachusetts

Date Filed: 01/11/2016  
Date Terminated: 01/11/2016

Assigned to: Magistrate Judge Linda T. Walker

**Defendant (1)**

**Dionne Smith**  
*TERMINATED: 01/11/2016*

represented by **Rebecca Shepard**  
Federal Defender Program−Atl  
Suite 1500  
Centennial Tower  
101 Marietta Street, N.W.  
Atlanta, GA 30303  
404−688−7530  
Email: Rebecca_Shepard@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:656 − THEFT/EMBEZZLEMENT/MISAPPLICATION BY BANK OFFICER | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Mary Christine Roemer** <br> Office of United States Attorney <br> Northern District of Georgia <br> 75 Spring Street, S.W. <br> 600 United States Courthouse <br> Atlanta, GA 30303 <br> 404−581−6000 <br> Email: mary.roemer@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/11/2016 |   | 3 | Arrest (Rule 40) of Dionne Smith (ryc) (Entered: 01/12/2016) |
| 01/11/2016 | 1 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER Rebecca Shepard as to Dionne Smith. Signed by Magistrate Judge Linda T. Walker on 1/11/16. (ryc) (Entered: 01/12/2016) |
| 01/11/2016 | 2 | 5 | MOTION for Detention by USA as to Dionne Smith. (ryc) (Entered: 01/12/2016) |
| 01/11/2016 | 3 | 8 | Minute Entry for proceedings held before Magistrate Judge Linda T. Walker: Initial Appearance in Rule 5(c)(3) Proceedings as to Dionne Smith held on 1/11/2016. Defendant informed of rights. Order appointing Federal Defender as counsel for defendant. Defendant WAIVES identity hearing. Waiver filed. Government's motion for detention filed. Pretrial hearing to be announced in charging district. Commitment issued. (Tape #FTR) (ryc) (Entered: 01/12/2016) |
| 01/11/2016 | 4 | 9 | WAIVER of Rule 5 &5.1 Hearings by Dionne Smith (ryc) (Entered: 01/12/2016) |
| 01/11/2016 | 5 | 10 | COMMITMENT TO ANOTHER DISTRICT as to Dionne Smith. Defendant committed to the District of Massachusetts. Signed by Magistrate Judge Linda T. Walker on 1/11/16. (ryc) (Entered: 01/12/2016) |
| 01/11/2016 |   | 11 | Magistrate Case Closed. Defendant Dionne Smith terminated. (ryc) (Entered: 01/12/2016) |
| 01/12/2016 |   | 12 | Transmittal of Rule 5(c)(3) Documents as to Dionne Smith, sent to the District of Massachusetts electronically with a copy of the docket sheet. (ryc) (Entered: 01/12/2016) |

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Mary Christine Roemer (gaylene.berberick@usdoj.gov,
mary.roemer@usdoj.gov, tonzja.cherry2@usdoj.gov, usagan.motionsresponses@usdoj.gov),
Rebecca Shepard (angie_felton@fd.org, rebecca_shepard@fd.org), Magistrate Judge Linda T.
Walker (ganddb_efile_ltw@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7550361@gand.uscourts.gov
Subject:Activity in Case 1:16-mj-00022-LTW USA v. Smith Arrest - Rule 40
```
Content–Type: text/html

# U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 1/12/2016 at 10:17 AM EST and filed on 1/11/2016

| | |
|---|---|
| **Case Name:** | USA v. Smith |
| **Case Number:** | 1:16–mj–00022–LTW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest (Rule 40) of Dionne Smith (ryc)**

**1:16–mj–00022–LTW–1 Notice has been electronically mailed to:**

Mary Christine Roemer    mary.roemer@usdoj.gov, gaylene.berberick@usdoj.gov, Tonzja.Cherry2@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Rebecca Shepard    Rebecca_Shepard@fd.org, angie_felton@fd.org

**1:16–mj–00022–LTW–1 Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 11 2016

James N. Hatton, Clerk
By: Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DIONNE SMITH,

    Defendant.

CASE NO. 1:16-MJ-022-LTW

### ORDER APPOINTING COUNSEL

REBECCA SHEPHARD

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 11TH day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 11 2016

James N. Hatten, Clerk
By: Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Action No.<br>1:16-MJ-22-LTW |
| DIONNE SMITH | |

**Government's Motion for Detention**

The United States of America, by counsel, John A. Horn, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case**

    This case is eligible for a detention order because this case involves:

    A serious risk that the defendant will flee.

2. **Reason for Detention**

    The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required.

3. **Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: January 11, 2016.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6265

JOHN A. HORN
United States Attorney

MARY C. ROEMER
Assistant United States Attorney
Ga. Bar No. 611790

2

## Certificate of Service

I served this document today by handing a copy to defense counsel:

        Federal Defender Program, Inc.

January 11, 2016

        /s/ Mary C. Roemer
        Mary C. Roemer
        Assistant United States Attorney

**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**     FILED IN OPEN COURT

DATE: 1/11/2016 @ 12:01 PM
TAPE: FTR
TIME IN COURT: 11 minutes

| | | | |
|---|---|---|---|
| MAGISTRATE JUDGE | LINDA T. WALKER | COURTROOM DEPUTY CLERK: | SONYA COGGINS |
| CASE NUMBER: | 1:16-MJ-022-LTW | DEFENDANT'S NAME: | DIONNE SMITH |
| AUSA: | MARY ROEMER | DEFENDANT'S ATTY: | REBECCA SHEPARD |
| USPO / PTR: | Jeffrey Lee | ( ) Retained ( ) CJA (X) FDP ( ) Waived | |

\_\_\_\_ ARREST DATE _____

X   Initial appearance hearing held.     X   Defendant informed of rights.

\_\_\_\_ Interpreter sworn: _____

**COUNSEL**

X   ORDER appointing Federal Defender as counsel for defendant.

\_\_\_\_ ORDER appointing _____ as counsel for defendant.

\_\_\_\_ ORDER: defendant to pay attorney's fees as follows: _____

**IDENTITY / PRELIMINARY HEARING**

X   Defendant WAIVES identity hearing.     X   WAIVER FILED

\_\_\_\_ Identity hearing HELD. \_\_\_\_ Def is named def. in indictment/complaint; held for removal to other district.

\_\_\_\_ Defendant WAIVES preliminary hearing in this district only. \_\_\_\_ WAIVER FILED

\_\_\_\_ Preliminary hearing HELD. \_\_\_\_ Probable cause found; def. held to District Court for removal to other district

X   Commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

X   Government motion for detention filed. _____ @ _____

X   Pretrial hearing set for TBA @ _____ (X) In charging district.)

\_\_\_\_ Bond/Pretrial detention hearing held.

\_\_\_\_ Government motion for detention ( ) GRANTED ( ) DENIED

\_\_\_\_ Pretrial detention ordered. \_\_\_\_ Written order to follow.

\_\_\_\_ BOND set at _____ \_\_\_\_ NON-SURETY \_\_\_\_ SURETY

\_\_\_\_ cash \_\_\_\_ property \_\_\_\_ corporate surety ONLY

\_\_\_\_ SPECIAL CONDITIONS: _____

\_\_\_\_ Bond filed. Defendant released.

\_\_\_\_ Bond not executed. Defendant to remain in Marshal's custody.

\_\_\_\_ Motion ( \_\_\_\_ verbal) to reduce/revoke bond filed.

\_\_\_\_ Motion to reduce/revoke bond \_\_\_\_ GRANTED \_\_\_\_ DENIED

\_\_\_\_ See page 2

8

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED IN OPEN COURT
U.S.D.C. Atlanta
JAN 11 2016
James N. Hatten, Clerk
By: _____ Deputy Clerk

NORTHERN  DISTRICT OF  GEORGIA

UNITED STATES OF AMERICA

V.

DIONNE SMITH

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 1:16-MJ-022-LTW

CHARGING DISTRICTS
CASE NUMBER: 15-MJ-4105-DHH

I understand that charges are pending in the _____ District of MASSACHUSETTS alleging violation of 18:656 _____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

(X) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

1/11/16
Date

_____
Defense Counsel

9

AO 94 (Rev. 12/03) Commitment to Another District

**FILED IN OPEN COURT**
U.S.D.C. Atlanta

# UNITED STATES DISTRICT COURT

**JAN 11 2016**

NORTHERN District of GEORGIA

James N. Hatten, Clerk
By _____ Deputy Clerk

| UNITED STATES OF AMERICA V. DIONNE SMITH | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 116MJ022-LTW | 15-MJ-4105-DHH | NDGA-Atlanta | District of MA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of 18 U.S.C. § 656

**DISTRICT OF OFFENSE**
DISTRICT OF MASSACHUSETTS

**DESCRIPTION OF CHARGES:**

EMBEZZLEMENT AND MISAPPLICATION BY A BANK EMPLOYEE

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☒ No | ☐ Yes | Language: | |

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

1/11/2016
Date

_Linda T. Walker_
Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

10

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Rebecca Shepard (angie_felton@fd.org, rebecca_shepard@fd.org), Mary
Christine Roemer (gaylene.berberick@usdoj.gov, mary.roemer@usdoj.gov,
tonzja.cherry2@usdoj.gov, usagan.motionsresponses@usdoj.gov), Magistrate Judge Linda T.
Walker (ganddb_efile_ltw@gand.uscourts.gov)
--Non Case Participants: File Clerks (ganddb_file_clerks@gand.uscourts.gov)
--No Notice Sent:

Message-Id:7550915@gand.uscourts.gov
Subject:Activity in Case 1:16-mj-00022-LTW USA v. Smith Termination of Magistrate Case
```
Content–Type: text/html

# U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 1/12/2016 at 11:59 AM EST and filed on 1/11/2016

**Case Name:** USA v. Smith
**Case Number:** 1:16–mj–00022–LTW
**Filer:**
**Document Number:** No document attached
**Docket Text:**
 **Magistrate Case Closed. Defendant Dionne Smith terminated. (ryc)**

**1:16–mj–00022–LTW–1 Notice has been electronically mailed to:**

Mary Christine Roemer   mary.roemer@usdoj.gov, gaylene.berberick@usdoj.gov, Tonzja.Cherry2@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Rebecca Shepard   Rebecca_Shepard@fd.org, angie_felton@fd.org

**1:16–mj–00022–LTW–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:ganddb_efile_notice@gand.uscourts.gov
To:CourtMail@localhost.localdomain
Bcc:
--Case Participants: Rebecca Shepard (angie_felton@fd.org, rebecca_shepard@fd.org), Mary
Christine Roemer (gaylene.berberick@usdoj.gov, mary.roemer@usdoj.gov,
tonzja.cherry2@usdoj.gov, usagan.motionsresponses@usdoj.gov), Magistrate Judge Linda T.
Walker (ganddb_efile_ltw@gand.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:7550925@gand.uscourts.gov
Subject:Activity in Case 1:16-mj-00022-LTW USA v. Smith Transmittal of Rule 5(c)(3)
Documents
```
Content−Type: text/html

# U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 1/12/2016 at 12:00 PM EST and filed on 1/12/2016

**Case Name:** USA v. Smith
**Case Number:** <u>1:16−mj−00022−LTW</u>
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Transmittal of Rule 5(c)(3) Documents as to Dionne Smith, sent to the District of Massachusetts electronically with a copy of the docket sheet. (ryc)**

**1:16−mj−00022−LTW−1 Notice has been electronically mailed to:**

Mary Christine Roemer   mary.roemer@usdoj.gov, gaylene.berberick@usdoj.gov, Tonzja.Cherry2@usdoj.gov, USAGAN.MotionsResponses@usdoj.gov

Rebecca Shepard   Rebecca_Shepard@fd.org, angie_felton@fd.org

**1:16−mj−00022−LTW−1 Notice has been delivered by other means to:**