UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Criminal No. 15-10285-IT<br>DIONNE SMITH, )<br>)<br>                Defendant )<br>_____) | |

### NOTICE OF INITIAL STATUS CONFERENCE

February 5, 2016

Hennessy, M.J.

   In this case, Defendant is charged in an indictment with Embezzlement by a Bank Employee, in violation of 18 U.S.C. § 656.  Defendant was arraigned on February 5, 2016, and has elected to proceed under the automatic discovery rules.  Accordingly:

1. A Joint Memorandum addressing those items set forth in L.R. 116.5(a) shall be filed on or before the close of business on **Friday, March 11, 2016**.  Unless the parties inform the court in the Joint Memorandum that there is no need for an initial status conference, such a conference will be held on **Friday, March 18, 2016 at 2:30 p.m.**, in Courtroom No. 1 on the Fifth Floor of the Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.  If the parties do not inform the court on or before **Friday, March 11, 2016** that there is no need for an initial status conference, then the parties must appear for the initial status conference either in person or by telephone.[1]

2. If counsel feel that there is a need for an initial status conference, then on or before the close of business on **Friday, March 11, 2016**, counsel shall inform my Courtroom Clerk, Lisa Belpedio (508.929.9905 or Lisa_Belpedio@mad.uscourts.gov),  as to whether they want the status conference conducted in person or by telephone.  If they choose to appear by telephone, they shall provide their telephone contact information, which must be a landline telephone.

---

[1]  Defendants are not required to be present at the Initial Status Conference.  Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43 of the Federal Rules of Criminal Procedure, a defendant in custody will not be transported to court for the Initial Status Conference, absent a showing of exceptional cause on motion, duly filed in advance of the Initial Status Conference.  See Fed. R. Crim. P. 43(c)(3).

1

3. <u>ORIGINALS OF ALL MOTIONS, MEMORANDA, PLEADINGS, ETC. MUST BE FILED WITH THE COURT (INCLUDING ELECTRONIC FILING).  **<u>NEITHER FAXES NOR E-MAIL FILINGS WILL BE ACCEPTED</u>**</u>.

4. If Counsel wishes to have Defendant present, counsel shall notify Ms. Belpedio at least one week in advance of the initial status conference.

5. Counsel shall provide an estimate of when they believe this case will be ready to be transferred to District Judge Talwani.

     / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge