UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
15-10285-IT

UNITED STATES OF AMERICA

v.

DIONNE SMITH

**MEMORANDUM AND ORDER OF DETENTION**

February 5, 2016

Hennessy, M.J.

Defendant Dionne Smith is charged by indictment with Embezzlement by a Bank Employee, in violation of 18 U.S.C. § 656. This court conducted an arraignment on February 5, 2016. Counsel was appointed to represent Defendant. The government moved for detention, pursuant to the Bail Reform Act. Following entry of a plea of not guilty, Defendant, through counsel, assented to a voluntary order of detention without prejudice to her right to seek release on conditions at a later date.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial, and it is further ORDERED --

(1)   That Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)   That Defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to Defendant filing a motion at any time seeking a hearing to consider the issue of pre-trial release, regardless whether there have been changed circumstances.

    / s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge