IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DIONNE SMITH | No. 15-CR-10285-IT |

## MOTION FOR RULE 11 HEARING

Defendant respectfully requests that the case be scheduled for a Rule 11 hearing.

                                          Respectfully submitted,

                                          DIONNE SMITH
                                          by his attorney

                                          */s/ William Fick*
                                          WILLIAM W. FICK, ESQ. (BBO # 650562)
                                          FEDERAL PUBLIC DEFENDER OFFICE
                                          51 Sleeper Street, 5th Floor
                                          Boston, MA 02210
                                          (617) 223-8061
                                          WILLIAM_FICK@FD.ORG

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 25, 2016.

                                          */s/ William Fick*