AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15CR10285 IT |
| Dionne Smith | ) | (DHH) |
| | ) | SEALED |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Dionne Smith,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Theft, Embezzlement and Misapplication by a Bank Employee, in violation of 18 USC Section 656.

Date: Sept 24, 2015

*Issuing officer's signature*

City and state:   Boston, Massachusetts

David H. Hennessy, United States Magistrate Judge
*Printed name and title*

RECEIVED 2015 SEP 24 PM 2:05 U.S. MARSHALS SERVICE BOSTON, MA

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____   WARRANT EXECUTED BY V.S.S.S 64
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 1/8/2016

*Arresting officer's signature*

*Printed name and title*