IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | No. 15-CR-10285-IT |
| v. | |
| DIONNE SMITH | |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING HEARING**

Defendant, with the assent of the government, respectfully moves to continue the sentencing hearing scheduled for July 18, 2016, in order to permit the defense to address the filing made by the government today [DE 39]. Counsel will be in touch with the Clerk to discuss dates of mutual availability that work for the Court.

Respectfully submitted,

DIONNE SMITH
by her attorney

*/s/ William Fick*
WILLIAM W. FICK, ESQ. (BBO # 650562)
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
(617) 223-8061
WILLIAM_FICK@FD.ORG

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 14, 2016.

*/s/ William Fick*